1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FILED
CLERK U.S. DISTRICT COURT

OCT 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )     Case No.: CR 05-378-GAF
                                    )
                Plaintiff,          )
                                    )
        vs.                         )     ORDER OF DETENTION AFTER HEARING
                                    )     [Fed.R.Crim.P. 32.1(a)(6);
GONZALO PEREZ                       )        18 U.S.C. 3143(a)]
                                    )
                Defendant.          )
_____)

        The defendant having been arrested in this District pursuant to
a warrant issued by the United States District Court for the
Central District of California for alleged violation(s) of the terms and
conditions of his/her ~~[probation]~~ [supervised release]; and

        The Court having conducted a detention hearing pursuant to
Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

        The Court finds that:

A.      (X)  The defendant has not met his/her burden of establishing by
        clear and convincing evidence that he/she is not likely to flee
        if released under 18 U.S.C. § 3142(b) or (c).  This finding is
        based on _lack of ties to community; supervision violations;_
        _criminal history_

1

2

3

4   and/or

5   B.    ( )   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on:

10

11

12

13

14       IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated:  Oct. 28, 2011

18

19

20                                   CARLA M. WOEHRLE

21                              UNITES STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28